CHESTER W. CHAPIN, Appellant, *v.* THE NIAGARA FALLS RACING AND FAIR GROUND ASSOCIATION, Appellant, et al., Respondent.

(Argued November 26, 1894; decided December 11, 1894.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made June 20, 1894,

which affirmed an order of Special Term setting aside a fore-closure sale and directing a re-sale.

*Alfred A. Gardner* and *Frank A. Dudley* for appellants.

*John G. Milburn* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.